JS-6

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10   RN CARE CONSULTANTS, LLC,          Case No. 2:25-cv-01326 AB (PDx)

11              Plaintiff,              **ORDER DISMISSING CIVIL ACTION**

12   v.

13   CONCIERGE NURSING REFERRAL
     SERVICES, LLC et al.,
14

15              Defendant.

16

17        The Court has been advised that this action has been settled.

18        The Court therefore **ORDERS** that this action is hereby **DISMISSED** without

19   costs and without prejudice to the right, upon good cause shown within **90 days,** to re-

20   open the action if settlement is not consummated. This Court retains full jurisdiction

21   over this action and this Order shall not prejudice any party to this action.

22

23   Dated:  April 16, 2025       _____

24                                ANDRÉ BIROTTE JR.
                                  UNITED STATES DISTRICT JUDGE
25

26

27

28

1.